UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

HENRY A. HERNANDEZ,

    Plaintiff,

    v.

AVENAL STATE PRISON, et. al.,

    Defendants.

No. C 15-0095 NJV (PR)

**ORDER OF TRANSFER**

This is a civil rights case brought pro se by a state prisoner. Plaintiff raises claims regarding the failure to provide custody credits at the proper rate while he was incarcerated at Avenal State Prison. This prison lies within the venue of the United States District Court for the Eastern District of California as do the majority of defendants.[1] Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

**IT IS SO ORDERED.**

Dated: February 2, 2015.

_____
NANDOR J. VADAS
United States Magistrate Judge

---

[1] A few of the defendants reside in San Diego which is located in the South District of California.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| HENRY A. HERNANDEZ,<br>　　　　Plaintiff, | No. 1:15-CV-0095 NJV |
| 　　v. | CERTIFICATE OF SERVICE |
| AVENAL STATE PRISON, et al.,<br>　　　　Defendants. | |

I, the undersigned, hereby certify that on Feburary 2, 2015, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Henry A. Hernandez
AP2996
RJD, Donovan
B-8-130 U
PO Box 799007
San Diego, CA 92179

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2